DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

STERLING RANCH MASTER ASSOCIATION, INC.,

Appellant,

v.

VICTORIA E. LANG,

Appellee.

No. 2D2025-2013

————————————————

June 19, 2026

Appeal from the Circuit Court for Hillsborough County; Melisssa M. Polo, Judge.

David J. Fredericks of Anderson, Givens & Fredericks, P.A., Sarasota for Appellant.

Daniel F. Pilka of Pilka, Adams & Reed, P.A., Brandon, for Appellee.

PER CURIAM.

Affirmed.

KELLY, BLACK, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.